## UNITED STATES DISTRICT COURT SOUTHERN INDIANA

USA -VS- DANSER, DAVID KARL                                         IP98-CR-0161-01-L/L

| FILED | CLOSED | OFFENSE | NO. DEFTS | MAG CASE NO. | JUDGE | MAGISTRATE |
|---|---|---|---|---|---|---|
| 12/15/1998 | 12/08/1999 | Felony | 1 | 98-0142M-01 | LAWRENCE | LARUE |

USA
plaintiff

**STEVEN DEBROTA**
UNITED STATES ATTORNEY'S OFFICE
10 WEST MARKET STREET, SUITE 2100
INDIANAPOLIS, IN 46204
(317)226-6333

V.
DANSER, DAVID KARL
defendant

**DAVID J COLMAN**
ATTORNEY AT LAW
114 SOUTH GRANT
BLOOMINGTON, IN 47408
(812)339-4200

**CHRISTOPHER E WARE**
QUARLES & BRADY
411 E WISCONSIN AVE
MILWAUKEE, WI 53202
(414)277-5000

**DAVID K DANSER**
PRO SE #06056-028
FCI PETERSBURG SECURITY PRISON
PO BOX 90043
PETERSBURG, VA 23804
( ) -

| NO. | COUNTS | OFFENSE |
|---|---|---|
| 1 | 1 | SEXUAL EXPLOITATION OF CHILDREN |
| 2 | 2 | SEX ABUSE OF MINOR/WARD 4 YEARS OR MORE YOUNG |
| 3 | 3 | SEXUAL EXPLOITATION OF MINORS |

| DATE | PROCEEDINGS |
|---|---|
| 05/29/1998 | COMPLAINT and affidavit (Sealed) approved and signed by Chief U.S. Mag Judge Godich eod 06/03/98 [SWM] |
| 05/29/1998 | WARRANT ISSUED by Chief U.S. Mag Judge Godich eod 06/03/98 [SWM] |

| Date | Entry |
|---|---|
| 05/29/1998 | MOTION to seal probable cause affidavit and attachment USA eod 06/03/98 [SWM] |
| 05/29/1998 | ORDER GRANTS motion to seal probable cause affidavit and attachment JPG eod 06/03/98 [SWM] |
| 12/15/1998 | INDICTMENT FILED eod 12/15/98 [MAC] |
| 12/15/1998 | CRIM INFO SHEET eod 12/15/98 [MAC] |
| 12/15/1998 | PRAECIPE for Warrant eod 12/15/98 [MAC] |
| 12/15/1998 | WARRANT ISSUED eod 12/15/98 [MAC] |
| 12/15/1998 | NGPL ORDER ASSIGNS JURY TRIAL to 02/16/99 at 09:00AM Room 307 (JDT) c/m eod 12/15/98 [MAC] |
| 12/22/1998 | USM RETURN on warrant for arrest (warrant issued 5/29/98). Warrant returned unexecuted. Superseded by indictment warrant eod 12/22/98 [SWM] |
| 02/26/1999 | MOTION to Unseal -cs USA eod 03/01/99 [PM] |
| 03/02/1999 | ORDER Granting USA Motion to Unseal indictment filed on 12/15/98 -cm JDT eod 03/02/99 [PM] |
| 03/30/1999 | MOTION TO CONTINUE Trial set for 04/05/99 -cs Deft eod 03/31/99 [PM] |
| 03/31/1999 | ORDER REASSIGNS JURY TRIAL to 06/21/99 at 09:00AM Room 307 (JDT) c/m eod 04/02/99 [PM] |
| 05/05/1999 | RETAINED COUNSEL David Colman and Elizabeth Ann Cure on behalf of the deft c/s eod 05/07/99 [CBU] |
| 05/05/1999 | COURTROOM MINUTES of a hearing held before Magistrate Foster eod 05/07/99 [CBU] |
| 05/05/1999 | DEFT APPEARS IN PERSON AND w/retained counsel David Colman and Elizabeth Cure eod 05/07/99 [CBU] |
| 05/05/1999 | INITIAL APPEARANCE ON INDICTMENT/INFORMATION eod 05/07/99 [CBU] |
| 05/05/1999 | APPEARANCE FOR THE USA BY AUSA Steve DeBrota and Gayle Hilart eod 05/07/99 [CBU] |
| 05/05/1999 | USPO Represented by Thomas Parker. eod 05/07/99 [CBU] |
| 05/05/1999 | CHARGES & RIGHTS and penalties were read and explained. Deft waives formal arraignment. Parties proceed to detention. Exhibits are accepted and testimony is heard. Parties ask for a continuation and it is granted to 5/6/99 at 11:30. eod 05/07/99 [CBU] |
| 05/06/1999 | COURTROOM MINUTES -COURT RESUMES Detention hearing is continued. Deft is ordered detained. eod 05/07/99 [CBU] |
| 05/06/1999 | DEFT REMANDED TO CUSTODY of the USMS pending further proceedings before the Court. eod 05/07/99 [CBU] |
| 05/06/1999 | EXHIBITS ARE TO BE SEALED eod 05/07/99 [CBU] |

| Date | Entry |
|---|---|
| 05/06/1999 | INDICTMENT UNSEALED in open court eod 05/07/99 [CBU] |
| 05/06/1999 | USM RETURN warrant was recieved, 12/16/98, and executed with the arrest, 05/05/99, of the Deft at Bloomington, In -T. Siedl eod 05/10/99 [PM] |
| 05/13/1999 | MOTION for Revocation of Detention Order -cs Deft eod 05/14/99 [PM] |
| 05/13/1999 | PRAECIPE for the Court to direct the Court Rpt to prepare a complete transcript for proceedings on 05/05/99 and 05/06/99 -cs Deft eod 05/14/99 [PM] |
| 05/21/1999 | MOTION to Suppress Evidence -cs Deft eod 05/21/99 [PM] |
| 05/21/1999 | Memorandum in Support of Motion to Suppress -cs Deft eod 05/21/99 [PM] |
| 05/21/1999 | NOTICE of Insanity Defense -cs Deft eod 05/21/99 [PM] |
| 05/25/1999 | MOTION for mental health evalustion -cs USA eod 05/25/99 [PM] |
| 05/26/1999 | ENTRY of proceedings and; eod 05/26/99 [CBU] |
| 05/26/1999 | ORDER OF DETENTION pending trial cm KPF eod 05/26/99 [CBU] |
| 05/27/1999 | ORDER FOR DETERMINATION OF MENTAL COMPETENCY. JDT cm eod 05/28/99 [CFW] |
| 05/27/1999 | ORDER VACATES JURY TRIAL of 06/21/99 at 09:00AM Room 307 (JDT) c/m eod 05/28/99 [CFW] |
| 05/27/1999 | ORDER ASSIGNS JURY TRIAL to 08/23/99 at 09:00AM Room 307 (JDT) c/m eod 05/28/99 [CFW] |
| 06/02/1999 | NOTICE REGARDING MOTION FOR REVOCATION OF DETENTION ORDER. JDT cm eod 06/03/99 [CFW] |
| 06/08/1999 | TRANSCRIPT of proceedings held on 5/5/99 and 5/6/99 before Magistrate Foster eod 06/08/99 [CBU] |
| 06/28/1999 | Pre-hearing RESPONSE to Deft's Motion to Suppress Evidence - c/s Govmt. eod 06/30/99 [AP] |
| 07/23/1999 | Response to Deft's Motion for Revocation of Detention Order -cs USA eod 07/26/99 [PM] |
| 07/26/1999 | MOTION for Further Psychiatric Evaluation -cs Deft eod 07/27/99 [PM] |
| 07/26/1999 | Brief in Support of Motion for Further Psychiatric Evaluation -cs Deft eod 07/27/99 [PM] |
| 08/03/1999 | ENTRY Deft's Motion for further Psychiatric Evalustion is Granted in Part -cm JDT eod 08/03/99 [PM] |
| 08/03/1999 | ORDER for additional evaluation of Deft's mental state -cm JDT eod 08/03/99 [PM] |
| 08/18/1999 | NOTICE ASSIGNS HEARING to 08/23/99 at 09:00AM Room 307 (JDT) c/m eod 08/20/99 [PM] |
| 08/23/1999 | Waiver of Trial by Jury - parties eod 08/23/99 [AP] |
| 08/23/1999 | COURTROOM MINUTES - Hrg held on review of detention order. Ct.also held hearing on jury waiver. |

| Date | Entry |
|---|---|
| | (See Minute Entry) - JDT eod 08/23/99 [AP] |
| 08/23/1999 | NOTICE ASSIGNS HEARING to 09/13/99 at 09:00AM Room 307 (JDT) c/m (Deft's Motion to Suppress Evidence) eod 08/24/99 [PM] |
| 08/23/1999 | NOTICE ASSIGNS COURT TRIAL to 09/22/99 at 09:00AM Room 307 (JDT) c/m (will continue to 09/23/99 if not completed in one day) eod 08/24/99 [PM] |
| 08/27/1999 | ENTRY On Deft's Motion for Revocation of Detention Order. Ct. DENIES Motion - cm JDT eod 08/27/99 [AP] |
| 08/27/1999 | COURTROOM MINUTES of a hearing to clarify penalties held before Magistrate Foster eod 08/30/99 [CBU] |
| 08/27/1999 | DEFT APPEARS IN PERSON AND w/retained counsel Elizabeth Cure eod 08/30/99 [CBU] |
| 08/27/1999 | APPEARANCE FOR THE USA BY AUSA Steve DeBrota eod 08/30/99 [CBU] |
| 08/27/1999 | USPO Represented by Thomas Parker eod 08/30/99 [CBU] |
| 08/27/1999 | Mag Judge explained corrected penalties. Deft waives formal arraignment. Deft advises court that he still wishes to proceed with a Court trial. eod 08/30/99 [CBU] |
| 08/27/1999 | DEFT REMANDED TO CUSTODY of the USMS pending further proceedings before the court eod 08/30/99 [CBU] |
| 08/31/1999 | ORDER to Show Cause -cm JDT eod 09/02/99 [PM] |
| 09/03/1999 | COURTROOM MINUTES - Hrg. held on Ct's Order To Show Cause re: jail conditions. See Minute Entry - JDT eod 09/03/99 [AP] |
| 09/03/1999 | Response to Order to Show Cause -cs USA eod 09/07/99 [PM] |
| 09/03/1999 | TRANSCRIPT of Testimony of Dr. Albert Fink. Dated 08/23/99. CR: P. Cline eod 09/07/99 [PM] |
| 09/08/1999 | ORDER Denies entry of 09/07/99 -cm JDT eod 09/09/99 [PM] |
| 09/08/1999 | ORDER (Ex Parte) eod 09/09/99 [PM] |
| 09/08/1999 | ORDER (Ex Parte) eod 09/09/99 [PM] |
| 09/13/1999 | COURTROOM MINUTES - Hrg. held on Deft's Motion to Suppress (in part). Hrg. cont. to 9/14 (See minute entry) - JDT eod 09/13/99 [AP] |
| 09/14/1999 | COURTROOM MINUTES - Hrg continues on Deft's Motion to Suppress. Evidence concluded. (See minute entry) - JDT eod 09/14/99 [AP] |
| 09/14/1999 | Receipt for Govmt. Ex 4 - Clerk eod 09/14/99 [AP] |
| 09/20/1999 | TRANSCRIPT of Hr'g (testimony of David K. Dancer) Dated: 09/14/99, CR: P. Cline eod 09/20/99 [PM] |

| Date | Entry |
|---|---|
| 09/20/1999 | TRANSCRIPT of Hr'g (testimony of Detective Bradley Allen Swain) Dated: 09/14/99, CR: P. Cline eod 09/20/99 [PM] |
| 09/20/1999 | ENTRY Denies Defts' Motion to Suppress -cm JDT eod 09/20/99 [PM] |
| 09/20/1999 | Brief (Trial) -USA eod 09/21/99 [PM] |
| 09/21/1999 | STIPULATED FACTS -USA eod 09/21/99 [PM] |
| 09/22/1999 | ORDER of Medical Examination -cm JDT eod 09/22/99 [PM] |
| 09/27/1999 | TRIAL BRIEF - c/s Deft eod 09/27/99 [AP] |
| 09/27/1999 | COURTROOM MINUTES - Court Trial commences. Counsel give opening statements. Govmt. presents evidence and rests. Deft moves for judgment of acquittal; Court DENIES same. Defense begins presentation of evidence. Trial to continue 9/28/99. eod 09/27/99 [AP] |
| 09/28/1999 | COURTROOM MINUTES - Deft cont. with presentation of evidence and rests. Govmt. presents rebuttal testimony and rests. Court recesses at 6:30 PM to cont. 9/29/99 for final arguments - JDT eod 09/29/99 [AP] |
| 09/29/1999 | COURTROOM MINUTES - Ct. trial concludes. Counsel give final argument. Court takes matter under advisement, to render verdict on 10/6/99 - JDT eod 09/29/99 [AP] |
| 09/22/1999 | ENTRY re. Order of Medical Examination. USM delivered a copy of this Order to Tracy Martin, RN, Care Delivery Manager, Wishard Hosp. Emergency Room. eod 09/30/99 [PM] |
| 10/06/1999 | MEMORANDUM OF DECISION - (Copies distributed in open court) - JDT eod 10/07/99 [AP] |
| 10/12/1999 | NOTICE regarding Government Ex. 33 -cm JDT eod 10/12/99 [PE] |
| 10/20/1999 | NOTICE ASSIGNS SENTENCING DATE to 11/05/99 at 09:00AM Room 307 (JDT) c/m eod 10/21/99 [PE] |
| 10/25/1999 | MOTION TO CONTINUE Sentencing Date currently set for 11/05/99 -cs Deft eod 10/26/99 [PE] |
| 10/26/1999 | ORDER VACATES SENTENCING DATE of 11/05/99 at 09:00AM Room 307 (JDT) c/m eod 10/27/99 [PE] |
| 10/26/1999 | ORDER REASSIGNS SENTENCING DATE to 11/15/99 at 10:00AM Room 307 (JDT) c/m eod 10/27/99 [PE] |
| 10/06/1999 | RECEIPT FOR GOVMT TRIAL EXHIBITS - Tony Siedl, Govmt Agent eod 11/01/99 [AP] |
| 11/05/1999 | TRANSCRIPT of testimony of David Danser (09/03/99) CR: P. Cline eod 11/09/99 [PE] |
| 11/05/1999 | TRANSCRIPT of testimony of David Danser (08/23/99) CR: P. Cline eod 11/09/99 [PE] |
| 11/10/1999 | MOTION to continue sentencing - c/s Deft eod 11/16/99 [AP] |
| 11/10/1999 | ORDER VACATES SENTENCING DATE of 11/15/99 at 10:00AM Room 307 (JDT) c/m eod 11/16/99 |

| | |
|---|---|
| | [AP] |
| 11/10/1999 | ORDER REASSIGNS SENTENCING DATE to 12/03/99 at 10:30AM Room 307 (JDT) c/m eod 11/16/99 [AP] |
| 11/10/1999 | ORDER requires response to Pre-sentence report be made by 11/19/99 - cm JDT eod 11/16/99 [AP] |
| 11/24/1999 | Response to Motion for Order Directing U.S. Marshall to Permit Polygraph Examination -cs USA eod 11/24/99 [PE] |
| 11/29/1999 | MOTION for Order directing USM to permit polygraph examination -cs Deft (orig. filed 11/29/99) eod 11/29/99 edited 11/30/99 [PE] |
| 11/24/1999 | ORDER Grants Motion directing USM to permit polygraph exam (11/27/99) -cm JDT eod 11/29/99 [PE] |
| 11/24/1999 | ENTRY regarding motion for order directing USM to permit polygraph examination -cm JDT eod 11/29/99 [PE] |
| 11/29/1999 | ENTRY VACATES SENTENCING DATE of 12/03/99 at 10:30AM Room 307 (JDT) c/m eod 11/29/99 [PE] |
| 11/29/1999 | ENTRY REASSIGNS SENTENCING DATE to 12/07/99 at 09:00AM Room 307 (JDT) c/m eod 11/29/99 [PE] |
| 11/29/1999 | ORDER (second) regarding polygraph examination -cm JDT eod 11/29/99 [PE] |
| 12/03/1999 | Sentencing Memorandum -cs Deft eod 12/03/99 [PE] |
| 12/07/1999 | SENTENCING HELD - See Minute Entry - JDT eod 12/07/99 [AP] |
| 12/08/1999 | JUDGMENT ENTERED COUNT/FINDING: Deft was found guilty on count(s) 1 - 3, 18 USC 2251(a), Sexual Exploitation of Children; 18 USC 2243(a), Sexual Abuse of Minor/Ward; 18 USC 2252(a)(4)(B), Possession of Child Pornography. IMPRISONMENT: 370 month(s). RECOMMENDATION: That the Deft be considered for placement in the Sex Offender Treatment Program at FCI, Butner, when eligible. SUPERVISED RELEASE: 9 year(s). Standard & Special conditions of Supervision - See Judgment. ASSESSMENT: $300.00. RESTITUTION: $309,549.36. SCHEDULE OF PAYMENTS: S.A. due in full immediately. FACTUAL FINDINGS & GUIDELINE APPLICATION: The Court adopts the presentence report -cm JDT OBV 33 PG 202 eod 12/08/99 [PE] |
| 12/06/1999 | Government's Response to Deft's Request for Downward Departure for Diminished Capacity -USA (docket out of order) eod 12/16/99 [PE] |
| 09/12/1999 | ORDER Extending Time to Determine Mental Competency of Deft (docket out of order) -cm JDT eod 12/16/99 [PE] |
| 12/15/1999 | NOTICE of DEFT's Requests for Filing Notice of Appeal and Appointed Counsel {via letter filed 12/15/99}: The Clerk is ORDERED to file a notice of appeal on behalf of the DEFT: {S.E.} : and eod 12/16/99 [GRN] |
| 12/15/1999 | [T]his case is referred to Magistrate Judge Kennard P. Foster for an evaluation and determination of whether the DEFT qualififes as an indigent pursuant to 18 U.S.C. 3006A. DEFT's counsel are reminded of obligations pursuant to CR 51 {attached}. c/m JDT cc: DEFT c/o USM, KPF, & 7th circuit C/A. eod 12/16/99 [GRN] |

| Date | Entry |
|---|---|
| 12/15/1999 | NOTICE OF APPEAL from conviction and sentence of 12/08/99 {via DEFT's Pro Se Letter} [see previous docket entry] eod 12/16/99 [GRN] |
| 12/15/1999 | APPEAL FEES NOT PAID eod 12/16/99 [GRN] |
| 12/15/1999 | Request for appointment of counsel {construed as: pursuant to provisions of 18 U.S.C. 3006A et seq.} : and eod 12/16/99 [GRN] |
| 12/15/1999 | MOTION TO PROCEED IN FORMA PAUPERIS on appeal {implicit in request for appointment of counsel.} eod 12/16/99 [GRN] |
| 12/16/1999 | SHORT RECORD SENT TO CA w Notice, Info Sheet & Docket Sheet Designation of record letter & CJA 24 form sent to DEFT's Counsel. cc: DEFT % USM eod 12/16/99 [GRN] |
| 12/23/1999 | DESIGNATION OF RECORD c/s DEFT/APPELLANT eod 12/27/99 [GRN] |
| 12/21/1999 | ACK FROM CA SHORT RECORD received & assigned CA # 99-4251 eod 12/28/99 [GRN] |
| 12/28/1999 | MOTION To Withdraw appearances of David J. Colman and Elizabeth Ann Cure, as counsel for the Defendant David K. Danser. c/s Counsel eod 12/29/99 [GRN] |
| 12/15/1999 | ENTRY DENIES Motion to Withdraw Appearances of David J. Colman and Elizabeth Ann Cure. {Circuit Rule 51 is included within this Entry}. c/m JDT eod 01/04/00 [GRN] |
| 01/04/2000 | NOTICE of Incorrect Date on Entry Denying Motion to Withdraw. The correct date of entry was 12/30/99. c/m JDT eod 01/04/00 [GRN] |
| 01/11/2000 | ENTRY ASSIGNS CONF to 01/20/00 at 09:30AM Room 270 (KPF) c/m (deft to proceed telephonically) and Mr Colman should review Circuit Rule 51(a) and should anticipate that his motion to withdraw will have to be denied cm KPF eod 01/11/00 [CBU] |
| 01/12/2000 | ENTRY DIRECTS CLERK to fax copy of financial affidavit to DEFT's Custodian, which DEFT is required to complete in connection with his request for appointment of appellate counsel. The DEFT's Custodian shall [not later than 1/18/00] return either the completed financial affidavit via fax number provided in this Entry, or a Notice of DEFT's refusal (if applicable) to complete said form. : and eod 01/12/00 [GRN] |
| 01/12/2000 | ENTRY Further Directs that once said affidavit is received, it shall be placed [unfiled] with the file. The affidavit will be marked as an exhibit at the January 20, 2000, proceeding, when the DEFT will be examined/cross-examined under oath, as to its correctness and completeness. : and eod 01/12/00 [GRN] |
| 01/12/2000 | ENTRY further Directs DEFT's Custodian to notify Clerk [at time affidavit is returned] as to what telephone number DEFT can be reached at the time of the scheduled proceeding of 1/20/00, as well as the name of the individual who will be working with DEFT in conjunction with the proceeding. {S.E.} c/m KPF eod 01/12/00 [GRN] |
| 01/19/2000 | USM RETURN Deft delivered on 01/06/00, to FCI Beckley at Beaver, WV eod 01/20/00 [PE] |
| 01/21/2000 | REPORT & RECOMMENDATION of Magistrate Judge Kennard P. Foster finds DEFT/APPELLANT qualifies and is eligible for appointed counsel on appeal. (Based upon proceedings held 1/20/00 on this matter, and the submission of Form 4, Rules of Appellate Procedure, Appendix, as Amended, and admitted into evidence as Court's Exhibit 1, upon affirmation under oath of the DEFT as to it's accuracy and completeness, and attached to this recommendation.) c/m KPF cc:C/A eod 01/24/00 [GRN] |

| Date | Entry |
|---|---|
| 01/27/2000 | ORDER GRANTS IN FORMA PAUPERIS on Appeal. cm Based upon the report & recommendation of Magistrate Judge Foster dated 1/21/00, the court finds DEFT/APPELLANT to be eligible for appointment of counsel on appeal and other costs of the appeal, such as transcripts, should be paid by the Court. Further, previously retained trial counsel David colman & Elizabeth Cure, should not be counsel on appeal. {S.O.} c/m T/F cc: C/A eod 02/14/00 [GRN] |
| 02/15/2000 | Letter -Pltf eod 02/16/00 [PE] |
| 03/01/2000 | ENTRY directs DEFT's letter dated 2/1/00, to be SEALED, and a copy sent with this Entry, ONLY to DEFT's counsel on appeal, David Coleman. c/m JDT {copy of Entry ONLY sent to USA} eod 03/01/00 [GRN] |
| 03/30/2000 | ORDER {from 7th Circuit Court of Appeals}: The Motion to Withdraw David J. Colman & Elizabeth Ann Cure, as counsel for DEFT/APPELLANT is GRANTED. It is Further ORDERED that attorney Christopher E. Ware, of Quarles & Brady, is appointed to represent DEFT/APPELLANT David K. Danser pursuant to the Criminal Justice Act. {S.O.} eod 03/31/00 [GRN] |
| 04/12/2000 | APPEAL RECORD forwarded to Appointed Counsel {Christopher E. Ware} consisting of 1 vol original pleadings, 6 vols original transcripts, and [COPIES of exhibit lists, available exhibits and In Camera Documents filed by DEFT's counsel]. Sent via UPS, with Transcript Info. Sheet, and CJA-24 form. eod 04/12/00 [GRN] |
| 04/21/2000 | APPEAL RECORD received by Attorney Christopher E. Ware. eod 04/26/00 [GRN] |
| 04/26/2000 | SEVENTH CIRCUIT TRANSCRIPT INFORMATION SHEET {Trial Transcripts of 9/27 - 29/99, opening statement, closing statements, and Sentencing, requested} DEFT/APPELLANT eod 04/26/00 [GRN] |
| 05/19/2000 | TRANSCRIPT of Trial (09/27/99) Volume I, CR: P. Cline eod 05/22/00 edited 04/02/01 [GRN] |
| 05/19/2000 | TRANSCRIPT of Trial (09/28/99) Volume II, CR: P. Cline eod 05/22/00 [PE] |
| 05/19/2000 | TRANSCRIPT of Trial (09/29/99) Volume III, CR: P. Cline eod 05/22/00 [PE] |
| 05/19/2000 | TRANSCRIPT of Verdict (10/06/99) Volume IV, CR: P. Cline eod 05/22/00 [PE] |
| 05/19/2000 | TRANSCRIPT of Sentencing (12/07/99) CR: P. Cline eod 05/22/00 [PE] |
| 05/25/2000 | TRANSCRIPT on Hearing (testimony of David K. Dancer) 09/13/99, CR: P. Cline eod 05/25/00 [PE] |
| 05/25/2000 | TRANSCRIPT of Hearing (Vol. II) 09/14/00, CR: P. Cline eod 05/25/00 [PE] |
| 08/07/2000 | APPEAL RECORD returned by Atty Christopher Ware, consisting of: 1 vol pleadings, 6 vols transcripts (+ condensed copies of 109 - 115), and 1 Envelope {copies} of Exhibits. eod 08/08/00 [GRN] |
| 08/14/2000 | CJA VOUCHER # ( Invoice No. 9962 ) Payment of Transcript. JDT approves $138.00 (11/05/99) eod 08/14/00 [PE] |
| 05/19/2000 | CJA VOUCHER # payment of transcript. Amount approved: $2217.00 -JDT eod 08/25/00 [PE] |
| 05/25/2000 | CJA VOUCHER # (DOC #000607000040) payment of transcript. Amount approved: $668.25 -JDT eod 08/25/00 [PE] |

| Date | Entry |
|---|---|
| 01/11/2001 | LONG RECORD SENT TO CA consisting of 1 vol pleadings, 9 vols transcripts, 7 In Camera Envelopes, & 1 envelope exhibits. {per faxed request} eod 01/11/01 [GRN] |
| 01/18/2001 | ACK FROM CA LONG RECORD RECEIVED on 01/12/01 eod 01/30/01 [GRN] |
| 06/14/2001 | "Motion to Achieve New [Appellate] Counsel" DEFT/APPELLANT eod 06/15/01 [GRN] |
| 06/19/2001 | ENTRY directs a copy of DEFT's "Motion to Achieve New Counsel" be distributed w/this Entry; : and eod 06/20/01 [GRN] |
| 06/19/2001 | ENTRY DENIES, insofar as directed to this court, relief DEFT seeks. He may bring his concerns to the Court of Appeals in any appropriate fashion. {S.E.} c/m JDT cc: C/A eod 06/20/01 [GRN] |
| 07/02/2001 | Request {Letter} re: status of request for new {appellate} counsel, and re: transcripts. DEFT/APPELLANT (Pro Se) eod 07/03/01 [GRN] |
| 07/06/2001 | ENTRY directs that a copy of DEFT's letter [filed 7/02/01] be included with this Entry. The DEFT's request [re: appellate counsel] was addressed in the court's Entry of 6/19/01. The cost of an additional copy of the transcript(s) is .50 per page. The record on appeal however, is no longer in the possession of the court. Therefore, any tabulation as to the length of the record, is not possible at this time. {S.E.} c/m JDT eod 07/09/01 [GRN] |
| 11/19/2001 | MANDATE RECEIVED FROM CA. The judgment of the District Court is VACATED in part, and AFFIRMED in part, in accordance with the decision of the C/A entered 10/25/01. Received certified copy of opinion and judgment. Records received consisting of 1 vol pleadings, 9 vols transcripts, 1 vol exhibits and 7 In Camera Envelopes. eod 11/19/01 [GRN] |
| 11/26/2001 | NOTICE of intent to issue amended sentence with concurrent terms of supervised release and opportunity to object (see entry) -cm JDT eod 11/27/01 [EAH] |
| 12/14/2001 | LETTER stating that parties have on objection to the Court holding a resentencing hearing without Mr Danser being present. - DEFT eod 12/14/01 [EAH] |
| 01/03/2002 | NOTICE of issuance of amended judgment -cm JDT eod 01/04/02 [EAH] |
| 01/03/2002 | JUDGMENT Deft was found guilty on Counts 1-3, 18 USC 2251(a) Sexual exploitation of Children; 18 USC 2243(a) Sexual abuse of Minor/Ward; 18 USC 2252(a)(4)(B) Possession of Child Pornography. IMPRISONMENT: 370 months. RECOMMENDATION: That the Deft be considered for placement in the Sex Offender Treatment Program at FCI, Butner, when eligible. SUPERVISED RELEASE: 3 years. Standard & Special Conditions of Supervision - See Judgment. ASSESSMENT: $300.00. RESTITUTIO: $309,549.36. SCHEDULE OF PAYMENTS: SA due in full immediately. -cm JDT OBV 36 PG 2 eod 01/04/02 [EAH] |
| 01/18/2002 | Legal Standards by which to hold these pro se motions submitted by one not trained in the law - PETR eod 01/22/02 [EAH] |
| 02/27/2002 | LETTER re: request for several items - DEFT eod 02/28/02 [EAH] |
| 05/01/2002 | ENTRY Discussing selected matters and directing answer by United States and development of claims -cm JDT eod 05/06/02 [EAH] |
| 10/17/2002 | ENTRY DENIES deft's motion for relief pursuant to 28 USC 2255 -cm JDT eod 10/18/02 [EAH] |

| Date | Entry |
|---|---|
| 01/13/2003 | LETTER re: [2nd] motion requesting why the court has not complied with request [docket # 132] for return of property - DEFT eod 02/05/03 [GRN] |
| 02/03/2003 | ENTRY Concerning Second Request for Return of Property: A copy of DEFT's second request for return of his property shall be included with the distribution of this Entry. The United States shall have through March 21, 2003, in which to respond to the DEFTS' second request for return of property. {S.E.} c/m JDT eod 02/05/03 [GRN] |
| 03/06/2003 | Letter -"Request To Seal My File" - Deft eod 03/07/03 [AP] |
| 03/21/2003 | CLERK'S ENTRY FOR March 21, 2003: The Mandate has issued in DEFT's underlying section 2255 appeal, filed in IP02-0065-C-T/F. Counsel are advised that the exhibits and undocketed deposition transcript(s) {if any}, are now released and may be receipted for in the Clerk's Office. Unclaimed exhibits / undocketed deposition transcript(s) may be disposed of on or after April 30, 2003. {S.E.} c/m Clerk eod 03/21/03 [GRN] |
| 03/21/2003 | RESPONSE to second request for return of property c/s PLTF eod 03/21/03 [SWM] |
| 03/27/2003 | ENTRY GRANTS second request for return of property -cm JDT eod 03/27/03 [EAH] |
| 04/18/2003 | ENTRY DENIES deft's request that this court's file and other records associated with his conviction be sealed -cm JDT eod 04/18/03 [EAH] |
| 05/06/2003 | DESIGNATION OF RECORD {Note: this has apparently been filed Pro Se and Post-Mandate} DEFT eod 05/06/03 [GRN] |
| 05/06/2003 | MOTION to achive docketing statement - DEFT eod 05/07/03 [EAH] |
| 05/28/2003 | ENTRY Concerning Selected Matters - Deft's motion to achieve docketing statement is DENIED (see entry) -cm JDT eod 05/29/03 [EAH] |
| 10/29/2003 | LETTER concerning case - DEFT eod 10/30/03 [EAH] |
| 11/13/2003 | EXHIBITS destroyed on this date. eod 11/13/03 [TMA] |
| 11/20/2003 | Letter regarding case - DEFT eod 11/21/03 [EAH] |
| 12/22/2003 | LETTER regarding case - DEFT eod 12/23/03 [SWM] |
| 03/12/2004 | MOTION to recall the mandate for new evidence in 2255 motion - DEFT eod 03/15/04 [EAH] |
| 07/09/2004 | LETTER regarding case - DEFT eod 07/12/04 [EAH] |
| 08/04/2004 | LETTER regarding case - DEFT eod 08/05/04 [EAH] |
| 08/05/2004 | Interrogatory Statement - DEFT eod 08/06/04 [EAH] |
| 08/06/2004 | ENTRY - Deft's change of address is noted. Request for review in the form of his filing of 12/22/03 is DENIED. Motio to recall the mandate for new evidence in 2255 motion is DENIED (see entry) -cm JDT eod 08/09/04 [EAH] |
| 08/19/2004 | LETTER regarding case - DEFT eod 08/20/04 [EAH] |

| Date | Entry |
|---|---|
| 08/23/2004 | ENTRY - Considering the deft's filings of 8/4/04, 8/5/04, and 8/19/04 (see entry) -cm JDT eod 08/23/04 [EAH] |
| 09/01/2004 | LETTER regarding case - DEFT eod 09/02/04 [EAH] |
| 09/03/2004 | REPORT -cs PLTF eod 09/03/04 [EAH] |
| 09/07/2004 | ENTRY Concerning Selected Matters - The United States shall have through 10/14/04 in which to respond to the deft's filing of 9/1/04 -cm JDT eod 09/07/04 [EAH] |
| 09/13/2004 | LETTER regarding case - DEFT eod 09/14/04 [EAH] |
| 09/22/2004 | LETTER regarding case - DEFT eod 09/23/04 [EAH] |
| 10/04/2004 | RESPONSE to motion for a new trial -cs USA eod 10/04/04 [EAH] |
| 10/18/2004 | ENTRY GRANTS deft's request to reply to the govt's response -cm JDT eod 10/18/04 [EAH] |
| 10/25/2004 | LETTER regarding case - DEFT eod 10/26/04 [EAH] |
| 10/25/2004 | LETTER regarding address change - DEFT eod 10/26/04 [EAH] |
| 10/29/2004 | NOTIcE of "indigence" -cs DEFT eod 11/01/04 [EAH] |
| 11/30/2004 | United States' Return -cs PLTF eod 11/30/04 [EAH] |
| 12/03/2004 | MOTION to add a third agent Dick Wilson and be advised of forfeiture proceedings, filed by David Danser. eod 12/06/04 [KLS] |
| 12/13/2004 | Supplemental Motion on defective search warrant - DEFT eod 12/14/04 [EAH] |
| 01/20/2005 | MOTION (Request) for injunctive relief and attorney appointment - DEFT eod 01/21/05 [EAH] |
| 01/27/2005 | Letter regarding case - DEFT eod 01/31/05 [EAH] |
| 01/31/2005 | Amendment to Motion to achieve interrogatories - DEFT eod 02/01/05 [EAH] |
| 02/25/2005 | New evidence that invalidates search warrant - DEFT eod 02/25/05 [EAH] |
| 02/28/2005 | ENTRY DENIES Motion for New Trial. Danser's request for the court to further investigate his claims is Denied. Danser's numerous requests for an attorney are Denied (see entry) -cm JDT eod 03/01/05 [EAH] |
| 03/10/2005 | Letter regarding case - DEFT eod 03/14/05 [EAH] |
| 03/17/2005 | MOTION "to acheive Certificate of Appealability" - DEFT eod 03/18/05 [TMA] |
| 05/03/2005 | ENTRY GRANTS deft's request that another person be allowed to pick up his released property -cm JDT eod 05/03/05 [EAH] |
| 05/03/2005 | ENTRY Concerning Selected Matters - Deft's motion for time extension filed on 3/10/05, is Denied (see entry) -cm JDT eod 05/03/05 [EAH] |

| Date | Entry |
|---|---|
| 08/01/2005 | MOTION Rule 60 (b) - DEFT eod 08/02/05 [AP] |
| 08/08/2005 | ENTRY Directing Treatment of Rule 60(b) Motion -cm JDT eod 08/08/05 [EAH] |
| 08/09/2005 | MOTION under 28 USC 2255 to vacate (see civil cause #05-1182 T/K for further entries on 2255 motion) eod 08/09/05 [KLS] |
| 09/29/2005 | Letter regarding case - DEFT eod 09/30/05 [EAH] |
| 10/06/2005 | ENTRY Directing Further Proceedings (see entry) -cm JDT eod 10/06/05 [EAH] |
| 10/24/2005 | MOTION for relief under Blakely and Booker - DEFT eod 10/25/05 [EAH] |
| 11/09/2005 | ENTRY Concerning Selected Matters -cm JDT eod 11/10/05 [EAH] |
| 11/18/2005 | Letter concerning case - DEFT eod 11/21/05 [EAH] |
| 11/28/2005 | ENTRY Directing Further Proceedings -cm JDT eod 11/30/05 [EAH] |
| 11/28/2005 | LETTER regarding case - DEFT eod 11/30/05 [EAH] |
| 11/28/2005 | LETTER regarding case - DEFT eod 11/30/05 [EAH] |
| 12/01/2005 | ENTRY Concerning Selected Matters DENIES deft's request for relief -cm JDT eod 12/02/05 [EAH] |
| 01/05/2006 | Letter regarding status of his motion that was filed on 1/12/05 DEFT-Pro Se (copy of motion attached) eod 01/06/06 [CBU] |
| 01/19/2006 | ENTRY Concerning Selected Matters -cm JDT eod 01/19/06 [EAH] |
| 08/10/2005 | ENTRY regarding defts motion for relief cm JDT (1:05-cv-1182)(docketed out of order) eod 01/27/06 [CBU] |
| 08/10/2005 | JUDGMENT that this cause of action is dismissed for lack of jurisdiction cm JDT (1:05-cv-1182) (docketed out of order) OBV 40 PG 30 eod 01/27/06 [CBU] |
| 01/30/2006 | Letter requesting additional documents DEFT eod 01/31/06 [CBU] |
| 02/01/2006 | ENTRY allows the additional copies to be sent to the deft cm JDT eod 02/01/06 [CBU] |
| 03/08/2006 | MAIL RETURNED-Entry of 2/1/06 with copywork eod 03/09/06 [CBU] |
| 03/13/2006 | Letter with change of address and requesting copywork be sent there DEFT eod 03/14/06 [CBU] |
| 03/23/2006 | MOTION for new trial DEFT-Pro Se eod 03/24/06 [CBU] |
| 03/29/2006 | ENTRY denying motion for new trial cm JDT eod 03/29/06 [CBU] |
| 04/03/2006 | MOTION -Request for Franks Hearing DEFT-Pro Se eod 04/04/06 [CBU] |

04/05/2006   MOTION for copywork states has made this request before DEFT-Pro Se eod 04/06/06 [CBU]

04/14/2006   MOTION to achieve document and acknowledgement DEFT-Pro Se eod 04/14/06 [CBU]

04/17/2006   NOTICE of change of address and that he will be transferred soon and that we check for his current address for future mailings via the BOP website DEFT-Pro Se eod 04/17/06 [CBU]

04/21/2006   MOTION -Request for plain error review DEFT-Pro Se eod 04/21/06 [CBU]

04/21/2006   MOTION -Request for COA DEFT-Pro Se eod 04/21/06 [CBU]

04/28/2006   ENTRY DENIES deft's motion for plain error review; DENIES deft's request for a Franks hearing; DENIES deft's request for a certificate of appealability; and DENIES any pending motion or request not specifically addressed in this Entry. Deft's request for COA filed on 4/21/06 shall be processed by the Clerk as a notice of appeal. c/m JDT eod 04/28/06 [TMA]

04/21/2006   NOTICE OF APPEAL from the order of 3/29/06, denying motion for new trial based on newly discovered evidence, by Pro Se DEFT (as directed in Entry of 4/28/06). eod 05/01/06 [TMA]

05/01/2006   SHORT RECORD SENT TO CA w Notice, Info Sheet & Docket Sheet . Designation of record sent to parties. eod 05/01/06 [TMA]

05/05/2006   ACK FROM CA SHORT RECORD received & assigned CA # 06-2202 eod 05/08/06 [TMA]

05/26/2006   MOTION TO PROCEED IN FORMA PAUPERIS on appeal by DEFT (forwarded to this office by the USCA). eod 05/30/06 [TMA]

05/31/2006   ORDER DENIES IN FORMA PAUPERIS on Appeal. cm JDT eod 05/31/06 [TMA]

06/09/2006   Affidavit and request for late excuse to submit untimely 2244/2255 DEFT-Pro Se eod 06/09/06 [CBU]

06/12/2006   MOTION requesting document that was destroyed DEFT-Pro Se eod 06/12/06 [CBU]

06/14/2006   ENTRY - Deft's filing of 6/9/06 is construed as his request for an extension of time to file a notice of appeal with respect to the denial of his motion for new trial on 3/29/06, and as so construed, is DENIED. c/m JDT (cc: USCA) eod 06/14/06 [TMA]

06/21/2006   MOTION to correct errors DEFT-Pro Se eod 06/22/06 [CBU]

07/05/2006   Plain Error Review of Sentencing Error - DEFT eod 07/06/06 [EAH]

07/28/2006   ENTRY Cocnerning Selected Matters - Deft's request to be supplied with a copy of the Entry issued on 11/9/05 is GRANTED. (see entry) -cm JDT eod 07/31/06 [EAH]

08/24/2006   USCA ORDER - This appeal is REMANDED for the limited purpose of ruling on the merits of deft's request for an extension of time to appeal. We respectfully ask the district court to issue its ruling on the merits of deft's motion within 30 days of the date of this order. eod 08/25/06 [TMA]

08/25/2006   ENTRY GRANTS deft's 6/9/06 (construed) motion for time to file a notice of appeal. c/m JDT (cc: USCA) eod 08/28/06 [TMA]

10/03/2006   LONG RECORD SENT TO CA consisting of 2 vols pleadings, 13 transcripts, and 2 in camera folders

(USCA request). eod 10/03/06 [TMA]

| Date | Entry |
|---|---|
| 10/18/2006 | ACK FROM CA LONG RECORD RECEIVED on 10/05/06. eod 10/19/06 [TMA] |
| 01/29/2007 | MANDATE RECEIVED FROM CA. - This appeal is DISMISSED for failure to timely pay the required docketing fee, in accordance with the decision of the USCA entered on 1/25/07. Received certified copy of Mandate. Record to be returned at a later date. eod 01/30/07 [TMA] |
| 04/16/2007 | APPEAL RECORD returned by the USCA. eod 04/17/07 [TMA] |
| 07/02/2007 | MOTION for appt of counsel DEFT-Pro Se eod 07/03/07 [CBU] |
| 07/02/2007 | AMENDED COMPLT to original 2255 motion deft-PRO SE eod 07/03/07 [CBU] |
| 08/09/2007 | MOTION to achieve docket sheet DEFT-Pro Se eod 08/10/07 [CBU] |
| 08/15/2007 | ENTRY concerning selected matters of defts filings of 7/2/07; any relief which that document can be construed as seeking is denied (225) and motion for appt of counsel is denied as unwarranted cm JDT eod 08/16/07 [CBU] |
| 08/15/2007 | ENTRY directing further proceedings - defts request for copy of the docket sheet is granted cm JDT eod 08/16/07 [CBU] |
| 09/07/2007 | MOTION to achieve docket sheet (2nd) DEFT-Pro Se eod 09/11/07 [CBU] |
| 09/26/2007 | MOTION FOR TIME TO file an appeal DEFT-Pro Se eod 09/27/07 [CBU] |
| 11/07/2007 | Prosecutional misconduct DEFT-Pro Se eod 11/07/07 [CBU] |
| 11/15/2007 | MOTION to attain documents DEFT-Pro Se eod 11/16/07 [CBU] |
| 12/14/2007 | MOTION for acknowledgement that the court did recieve his 10/27/07 motion and notice of change of address DEFT-Pro Se eod 12/17/07 [CBU] |
| 12/21/2007 | ENTRY directing further proceedings-1) regarding several documents for ruling or other action 2) the Clerk shall file, docket and process the notice of appeal 3)the amendment shall be filed in the civil action of 1:05-cv-1182-JDT-TAB 4) defts motion to attain documents is granted to a certain extent w/o charge 5) defts 2nd motion to achieve the docket sheet is granted 6) regarding prosecutional misconduct and motion to be appointed counsel-motion to be appointed counsel is denied 7) the rulings are entirely responsive to the defts concerns in his letter to the Clerk dated 12/12/07 cm JDT eod 12/21/07 [CBU] |
| 12/28/2007 | MOTION to achieve acknowledgement - PLTF eod 01/02/08 [SWM] |
| 08/04/2008 | MOTION -Request for plain error review of 10/18/02 decision on original 2255 motion DEFT-Pro Se eod 08/06/08 [CBU] |
| 09/18/2008 | REASSIGNED from Judge TINDER to Judge LAWRENCE (dis) eod 09/19/08 [NS] |
| 09/18/2008 | LETTER/Request for Docket Entry Record. Defendant eod 09/23/08 [DMW] |
| 10/09/2008 | ENTRY Directing Further Proceedings - Defendant's request to be supplied with a copy of the docket sheets in the above actions is GRANTED. The clerk shall include a copy of the requested documents with |

|            | |
|------------|---|
|            | the defendant's copy of this entry. WTL c/m eod 10/14/08 [DMW] |
| 01/12/2009 | MOTION to Expedite Hearing. Deft eod 01/15/09 [DMW] |
| 12/01/2008 | MOTION /REQUEST for Discovery eod 02/13/09 [DMW] |
| 02/12/2009 | ENTRY Concerning Selected Matters - Request for plain error review, and any relief sought therein, including his request that counsel be appointed is DENIED. Motion for ancillary relief to conduct discovery and expedited hearing DENIED AS MOOT. WTL cm eod 02/13/09 [DMW] |
| 10/20/2009 | LETTER from DEFT David Karl Danser re: Summary of All Monies Sent by Federal Bureau of Prisons eod 10/21/09 [DMW] |
| 03/18/2010 | ENTRY -Defendant's 10/9/09 letter requests a copy of all monies sent to the Court by BOP which were withheld from his commissary account. The Clerk is directed to include a copy of the docket sheet along with Defendant's copy of this Entry. In addition, Defendant may be able to obtain additional information from Office of U.S. Attorney, Financial Litigation Unit, 10 W. Market St., Suite 2100, Indianapolis, IN 46204-3048. WTL. c/m. eod 03/18/10 [LBK] |
| 04/30/2012 | LETTER from David K. Danser re: amount of money to court; amount known to have been required for psychological services by victims; and distribution of money to whom and when and what service. eod 04/30/12 [DMW] |
| 08/15/2012 | ENTRY - (re: dkt #245) regarding the amount of money forwarded to BOP. Deft may obtain additional information from US Attorney's Office, FLU Unit. See Entry. WTL c/m eod 08/15/12 [DMW] |
| 10/29/2012 | LETTER from Deft re: distribution of funds. eod 10/30/12 [DMW] |
| 07/24/2014 | REASSIGNED from Mag FOSTER to Mag LARUE (dis) eod 07/24/14 [DH] |
| 07/24/2014 | MOTION for information regarding case - DEFENDANT eod 07/25/14 [SWM] |
| 09/25/2014 | ***CASE ADMINISTRATIVELY MOVED TO THE COURT'S CM/ECF SYSTEM UNDER THE SAME CAUSE NUMBER. NO FURTHER ENTRIES SHALL BE MADE IN JAMS.*** eod 09/25/14 [MAC] |